EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar No. 310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:  (213) 894-7177
    E-mail:    Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 16-3516-ODW |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $69,880.00 IN U.S. CURRENCY | |
| Defendant. | |

This action was filed on May 20, 2016 against the defendant $69,880.00 in U.S. Currency ("defendant currency"). Jessica Rudas ("Rudas"), from whom the defendant currency was seized, claims an interest in the defendant currency, but has not filed a claim and answer to the complaint. No person other than Rudas is believed to have an interest therein. Notice has been given and published in accordance with the law. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America and Rudas have reached an agreement that is

dispositive of the action, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Rudas.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Rudas are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D. $59,880.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, shall be and hereby is forfeited to the United States of America, which shall dispose of $59,880.00 of the defendant currency in the manner required by law.

E. $10,000.00 of the defendant currency, without interest, shall be returned to the claimant, Rudas.

F. The funds to be returned to Rudas shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered. If the United States elects to make the payment by check, the check will be payable to "The Law Offices of Bruce Margolin client trust account," and mailed to Jessica Rudas, in care of her attorney, Bruce Margolin, Esq., 8749 Holloway Drive, West Hollywood, California 90069. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by Rudas. Rudas shall provide the necessary bank account information and personal identifiers upon request from the United States.

   G. Rudas has released the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of potential claimant Jessica Rudas, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Rudas waives any rights she may have to seek remission of the forfeiture ordered herein.

   The Court finds that there was reasonable cause for the institution of these

///

///

proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: _June 28, 2016_

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: June   , 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: June   , 2016

BRUCE M. MARGOLIN, ESQ.
Attorney for Claimant
JESSICA RUDAS

DATED: June   , 2016

JESSICA RUDAS
Claimant

4